# COMPLAINT FORM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
22 NOV 14 A 10:34
CLERK OF COURT
US DISTRICT COURT
W.D. OF WI

Marion-Robert
c/o 726 E Highway 12 #102
Hudson, WI 54016

vs

Case Number:

22 CV 657 JDP

Darel Hall
372 185th Street
Osceola, WI 54020

A. PARTIES

1. Affiant is a man, currently living on Wisconsin, and receives mail at: c/o 726 E Highway 12 #102, Hudson, WI 54016

2. Defendant Darel Hall is a citizen of Wisconsin and resides at: 372 185th Street, Osceola, WI 54020

B. STATEMENT OF CLAIM

On July 23, 2021, Darel Hall, acting as an Animal Control Officer, for the Town of Hudson, under color of law, trespassed,

without a warrant, on a privately-owned land Estate, near Hudson, Wisconsin. This private land is clearly posted with No Trespassing signs noting Land Patent # 1493, filed at the Bureau of Land Management, and containing, Federal U.S.C. law concerning Title 18 U.S.C. Sec. 241, 242 and Title 42 U.S.C. Sec. 1982, 1983, 1985 and 1986.

Darel Hall, then, on or about, July 24, 2022, made false accusations and threats, via phone conversation, with I, Marion, concerning private property on said private land Estate. (an incident)

Following that conversation, Darel Hall, presented said accusations, to the Town of Hudson, a corporate fiction, Dun's # 608281341. 'Citations' were mailed to MARION R SHAW, containing false accusations, threats of extortion, and potential harm to the safety of the private property.

These 'citation' documents were sent anonymously, without any sworn, notarized affidavit of facts from a competent first-hand witness, containing extortion-type threats, via United States Postal Service. This constitutes mail fraud and was reported to the USPS mail fraud division, Reference C#2067846.

Town of Hudson, then, acting upon Darel Hall's 'citations', prosecuted a 'forfeiture', for private property that I don't own, and an event I am not responsible for.

I, Marion, have no contract with Town of Hudson nor with Darel Hall to create said debt, with or without pledged property to forfeit.

Darel Hall's slanderous (false) accusations, wrongful prosecution, and trespass on private land has resulted in loss of employment hours, productivity, time, and energy, as well as, loss of private property companion.

I, Marion's trouble for having to defend this frivolous action created by Darel Hall, has exasperated my health issues due to increased stress, cost me money damages and expense, and subsequently tarnished my reputation and standing in the community.

Through slanderous and malicious intent and actions, and acting under authority of the private corporation, Town of Hudson, Darel Hall violated more than one of I, Marion's rights under color of law:

18 U.S.C. § 241 - Conspiracy against rights
18 U.S.C. § 242 - Deprivation of rights under color of law
18 U.S. Code § 1341- Fraud and Swindle
18 U.S. Code § 2073 - False entries and reports of moneys or securities
18 U.S. Code § 513 - Securities of the States and private entities
18 U.S. Code § 514 - Fictitious obligations
18 U.S. Code § 876(d) - Mailing threatening communications
18 U.S. Code § 1001 - Statements or Entries Generally

25 CFR § 11.411 - Trespass
28 U.S. Code § 4101- Defamation of Character/Slander
18 U.S. Code § 872 Extortion

I, Marion, claim damages and loss of a private property companion, time, money, sleep-depravation, anxiety, defamation of character, and additionally, compromise of my privacy over private property and private land Estate.

In a good faith effort to remedy the matter, I, Marion, served the respondent with a claim for damages, supported by a signed and notarized affidavit of facts, on July 13, 2022, USPS Certified mail #7020 1810 0000 7981 1674. Darel Hall did not respond to rebut those facts.

After 30 days, on August 11, 2022, I, Marion, in another good faith effort, sent the respondent a second copy of the affidavit USPS Certified Mail #7020 1810 0000 7981 6990, along with an Opportunity to Cure and Answer the facts laid out in the Affidavit or by non-response, tacitly admit. Darel Hall made no reply.

Without response contrary to the facts attested to, the respondent, Darel Hall, was then subsequently served the Default Notice and Invoice of loss and damages claimed on August 19, 2022, Certified Mail #7022 1670 0001 5233 0070 which has not been answered.

I, Marion, will attest to all the facts set forth in said Affidavit of Facts, under oath, bearing full liability, in a competent court of law, if requested.

Respondent, without response has tacitly agreed and acquiesced that the facts set forth are true, correct, accurate, not misleading, and binding to the respondent.

Affiant is requesting a Summary judgement of the invoiced amount, based on the tacit agreement by non-response of the respondent.

***Maxims of Commerce: All are equal under the law, In commerce truth is sovereign, <u>Truth is expressed in the form of an affidavit, An unrebutted affidavit stands as truth in commerce, An unrebutted affidavit becomes the judgement in commerce, Sacrifice is the measure of credibility.</u>***

I am suing for a violation of federal law under 28 U.S.C. S 1331

Dated 11/8/2022

Respectfully Submitted,

*[signature]*

Marion-Robert
612-940-8111
crbnchs@protonmail.com
c/o 726 E Highway 12 #102
Hudson, Wisconsin, 54016