**RUSH VENTURES**
726 HIGHWAY 12 E.
HUDSON, WI 54016

7022 1670 0001 5233 0155





U.S. POSTAGE PAID
FCM LG ENV
HUDSON, WI
54016
NOV 09, 22
AMOUNT
$5.44
R2305M144665-21

SCANNED

Western District of Wisconsin
Robert W. Kastenmeier U.S. Courthouse
120 N. Henry Street, Room 320
Madison, WI 53703