# AUTOBIOGRAPHY
## Ron Gibson
## Medford, Oregon

To whom it may concern:

I, Ron Gibson, for the past forty-five (45) + years, have been in the construction and mining business.

I am an Engineer by training, my secondary studies was Constitutional Law. I worked for nineteen (19) years as a Mining and Mineral Consultant; I am also a mineral producer by profession.

I have been involved in both precious metals and Industrial Minerals development in all phases.

My back ground also includes project evaluation, feasibility study, geology, drilling and testing, sampling, plant layout and design, running the day to day operation, marketing, environmental studies, estimating, and many other phases of a mining operation including drilling and blasting.

As a managing consultant for large investment groups, I learned very early the Five P's Principle: Proper Planning Prevents Poor Performance!

I have directed large work crews in many different types of mining and mineral projects and pride my self in doing my job well.

My background in Law includes a Counselor at Law; I am in the process of obtaining my Private Attorney General authority from the Senate Judiciary. I have been in the study of Constitutional Law, Contract Law, Water Right Law, Right of Way Law, and my specialties are Mining Law and Land Patent Law. On a number of occasions, I have testified as an expert witness, regarding Land Patent law cases, Water Right, Mining, Right of Way and other land issue cases.

Currently, I teach Mining Law and Land Patent Law at our local collage and at The Southwest Oregon Mining Association. I am the interim chairman of the Jefferson Mining District, which is the largest mining district in the United Sates.

In addition, I am a marriage counselor for the past 30 years.

Viet Nam Veteran, USMC

Thank you.

Sincerely,
Ron Gibson

**DECLARATION OF RON GIBSON; 3008 Hartley Lane, Grants Pass, Oregon, 97527.**

## I. BACKGROUND AND EXPERIENCE

1. My name is Ron Gibson. I am a former US Marine and Vietnam veteran, currently working as a Professional Land Consultant with over 48+ years of career experience, on the subjects of: Land Patent Law, Mining Law, Right of Way, Water Rights, Contracts, and Constitutional Law.

I currently serve as the Vice President of the Southwest Oregon Mining Association and Chairman on the Jefferson Mining District, located in southern Oregon; the largest mining district in The United States.

I have authored several books and articles on Land Rights, quoting numerous Supreme Court case law governing this area. I also teach campus classes on Constitutional Law, Mining Law, and Land Patents at the local college and Southwest Oregon Mining Association.

## II. SUMMARY OF OPINIONS

3. I have been asked by Marion-robert, to provide this declaration in the above-captioned litigation between Marion-robert and Darel Hall. As I understand the litigation, Marion-robert is bringing suit against Darel Hall in his private capacity as well as of Contractor for the Town of Hudson, Wisconsin as Animal Control Officer.

4. Marion-robert has asked me to opine concerning the lawful application of Land Patent Law, with its history and intentions, along with its authority under Treaty Law, and protections under the U.S. Constitutional rights of privacy protections. I have research knowledge of Supreme Court Case Law, and how that pertains to the facts of this case.

My expertise in this field is gleaned through over 48+ years of study in law as well as experience working in this field. I have been called upon as expert witness in this area previously.

litigation

I apply that same knowledge and expertise here. Addressing the questions with the understanding, in my opinion, that the Constitutional, Treaty, Land Patent Laws give superior protection to the rights of the citizen and his private land over any State, County, or Town intrusion or action.

5. In my experience, working in this field of land rights and protections, having researched multitudinous Supreme Court case law, the Land Patent is superior title and its protections are far-reaching for the land owner. There is no Supreme Court Land Patent case that has ever been overturned.

7. I conclude by attaching pages from my book, Land Patent Handbook, below regarding the following:

### III. HISTORICAL PREMISE

**RELEVANCE**

**TRESPASS**

**CONSTITUTIONAL LAW**

**SUPREME COURT AUTHORITY**

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is a true and correct statement of my opinions and the supporting facts and that this declaration was executed on ___January 10, 2024_____ at ____Grants Pass_____, Oregon.

_____            _____
January 10, 2024                        Ron Gibson