# THE UNITED STATES OF AMERICA,

**CERTIFICATE**
No. 1493

*To all to whom these Presents shall come, Greeting:*

**Whereas** Charles H. Lewis, of St Croix County, Wisconsin

has deposited in the GENERAL LAND OFFICE of the United States, a Certificate of the REGISTER OF THE LAND OFFICE at Hudson whereby it appears that full payment has been made by the said

Charles H. Lewis, according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An act making further provision for the sale of the Public Lands," for the East half of the North West quarter and the South West quarter of the North West quarter of Section Thirteen, in Township Twenty nine, of Range Nineteen, in the District of Lands subject to Sale at Hudson Wisconsin containing One Hundred and Twenty acres.

according to the official plat of the Survey of the said Lands, returned to the General Land Office by the SURVEYOR GENERAL, which said tract has been purchased by the said Charles H. Lewis.

NOW KNOW YE, That the United States of America, in consideration of the premises, and in conformity with the several acts of Congress in such case made and provided, HAVE GIVEN AND GRANTED, and by these presents DO GIVE AND GRANT, unto the said

Charles H. Lewis,

and to his heirs, the said tract above described: **To have and to hold** the same, together with all the rights, privileges, immunities, and appurtenances of whatsoever nature, thereunto belonging, unto the said

Charles H. Lewis, and to his heirs and assigns forever.

**In Testimony Whereof, I,** Franklin Pierce PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these Letters to be made PATENT, and the SEAL of the GENERAL LAND OFFICE to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the first day of April in the year of our Lord one thousand eight hundred and fifty six, and of the INDEPENDENCE OF THE UNITED STATES the eightieth.

BY THE PRESIDENT: Franklin Pierce

By H. C. Baldwin, Secretary.

J. N. Granger, Recorder of the General Land Office.


Exhibit 15

Bureau of Land Management
Eastern States
5275 Leesburg Pike
Falls Church, VA 22041

OCT 0 6 2021
Date

I hereby certify that this reproduction is a true copy of the official record on file in this office.

Authorized Signature

114

# Department of the Interior.

GENERAL LAND OFFICE.

WASHINGTON, D. C., *Aug 20*, 19*24*

NUMBER *1543784*

I Hereby Certify that *this photograph is a true copy* ~~the annexed~~ ~~copy~~ of *patent* ~~a true and liberal exemplification~~ of *patent* ~~from~~ the record which is in my Custody in this office.

~~On Testimony Whereof, I have hereunto subscribed my name and caused the seal of this office to be affixed, at the City of Washington, on the day and year above written.~~

*John O'Connell*
Acting Recorder of the General Land Office.

St. Croix County, Wisconsin
I hereby certify that this instrument is a full, true and correct copy of the document on file and of record in my office and has been compared by me.
Attest *James H. Pabst*
Register of Deeds

6-741

# The United States of America.

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

CERTIFICATE No. *1773*  Whereas, *Charles N. Lewis, of St. Croix County, Wisconsin* has deposited in the GENERAL LAND OFFICE of the United States a CERTIFICATE OF THE REGISTER OF THE LAND OFFICE at *Hudson* whereby it appears that full payment has been made by the said *Charles N. Lewis* according to the provisions to the Act of Congress of the 24th of April 1820, entitled "An Act making further provision for the sale of the Public Lands" for

*The East half of the north west quarter and the South West quarter of the north west quarter of section Thirteen in Township Twenty nine of range Nineteen in the District of lands subject to sale at Hudson, Wisconsin, Containing One hundred and Twenty acres.*

according to the OFFICAL PLAT of the survey of the said lands, returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL, which said Tract ha*s* been purchased by the said *Charles N. Lewis*

Now Know Ye, THAT THE UNITED STATES OF AMERICA, in consideration of the premises and in conformity with the several Acts of Congress in such case made and provided, have given and granted and by these presents do give and grant unto the said *Charles N. Lewis* and to *his* heirs, the said Tract above described; TO HAVE AND TO HOLD the same, together with all the rights, privileges, immunities, and appurtenances of whatsoever nature, thereunto belonging unto the said *Charles N. Lewis* and to *his* heirs and assigns forever.

In Testimony Whereof I *Franklin Pierce* PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made Patent, and the Seal of the GENERAL LAND OFFICE to be hereunto affixed. Given under my hand at the CITY OF WASHINGTON, the *First* day of *April* in the year of Our Lord, One thousand Eight Hundred and *Fifty six* and of the INDEPENDENCE OF THE UNITED STATES the *Eightieth*.

BY THE PRESIDENT:
*Franklin Pierce*

By *H E Baldwin* Ass't Secretary.

*J N Granger* Recorder of the General Land Office.

RECORDER—Vol._____ Page_____

Received for record this *25th* day of *August* A. D. 19*24*, at *11* o'clock *A* M.
*Minnie Halverson* Register.